UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

v.

Nishant P. Sheth,

        *Defendant.*

[Proposed] Order   *DF*

21 Mag. 6626

Upon the application of Daniel J. Ollen, Esq., attorney of record for defendant Nishant P. Sheth, without objection by the United States of America, and good cause having been demonstrated, it is hereby

**ORDERED** that the Bureau of Prisons and/or the U.S. Marshals shall, as soon as is reasonably possible, bring the defendant to a hospital for a full medical evaluation, including, pursuant to 18 U.S.C. § 4241(b), a determination of whether he is suffering from any mental disease or defect that renders him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense, and that a report of such examination be provided to the Court; and

The examination should be conducted by a qualified expert agreed to by the defense and the United States of America.

**SO ORDERED:**

Dated: New York, New York
August 13, 2021

*/s/ Debra Freeman*
THE HONORABLE DEBRA C. FREEMAN
UNITED STATES MAGISTRATE JUDGE