UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA

v.

NISHANT SHETH,

        **Defendant.**

-----------------------------------------------------------------X

21 Mag. 6626 (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

The deadline for the Government to provide an analysis of Defendant's sentencing exposure to the Court and defense counsel is extended to September 13, 2022. Defense counsel may provide any response to that analysis by September 20, 2022.

**SO ORDERED.**

Dated: September 9, 2022
      New York, New York

SARAH NETBURN
United States Magistrate Judge