UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___10/4/2022___
```

UNITED STATES OF AMERICA,

                   v.                                    **21 Mag. 6626 (SN)**

NISHANT SHETH,                                  **ORDER**

                  **Defendant.**

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        In light of the submission of Dr. Levin's independent report, the parties are directed to

meet and confer regarding the next appropriate steps. By October 11, 2022, the parties shall file a

joint letter discussing whether a <u>Sell</u> hearing is necessary or whether either party intends to file

an application regarding the administration of the BOP plan, including the involuntary

medication of Defendant. If either party has not received Dr. Levin's report, they are directed to

write to the Court's chambers email address to request a copy immediately.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated:  October 4, 2022
       New York, New York