```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10-19-22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

UNITED STATES OF AMERICA,

                     Plaintiff,

                     21-MJ-6626 (ALC)

-against-

                     **ORDER**

NISHANT P. SHETH,

                     Defendant.

------------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

    A Status Conference is set for **October 27, 2022 at 3:30 p.m.**

SO ORDERED.

Dated:     New York, New York
           October 19, 2022

                                                 _____
                                                 **ANDREW L. CARTER, JR.**
                                                 **United States District Judge**