UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
UNITED STATES OF
AMERICA,

       -against-

NISHANT P. SHETH.,

-------------------------------------------------------- x

21-mj-6626 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the parties' joint status report at ECF No. 53. The parties are directed to provide a further joint status report as to the Defendant's condition on or before **January 13, 2023**.

**SO ORDERED.**

Dated:  November 14, 2022
            New York, New York

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**