**MEMO ENDORSED**

U.S. Department of Justice

United States Attorney
Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/3/2023

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 27, 2023

The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *United States v. Nishant Sheth*, 21 Mag. 6626

Dear Judge Carter:

On February 22, 2023, the Bureau of Prisons (BOP) advised the defense that it was in the process of finalizing a final report regarding defendant Nishant Sheth's recent restoration to competency and that the report could be released only to the Court. The parties respectfully request that the Court order the BOP to also release the report to the parties upon the report's completion so that the parties can expeditiously discuss next steps.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: /s/ Jane Y. Chong
Jane Y. Chong
Assistant United States Attorney
(917) 763-3172

**SO ORDERED.**

3/3/2023
Date

SO ORDERED:
/s/ Andrew L. Carter, Jr.
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

cc: Dan Ollen, Esq.
    Counsel for defendant Nishant Sheth