UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
    UNITED STATES OF AMERICA,

               -against-

    NISHANT P. SHETH.,

-------------------------------------------------------- x

21-mj-6626 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    Defendant's request for a bail hearing at ECF No. 68 is **GRANTED**. The hearing is set for **March 16, 2023** at **2:00 p.m.**

SO ORDERED.

Dated: March 13, 2023
         New York, New York

                                            ANDREW L. CARTER, JR.
                                            United States District Judge