UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

NISHANT P. SHETH.,

21-mj-6626 (ALC)

**ORDER**

------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

    At today's proceedings, the parties should be prepared to discuss whether a competency hearing pursuant to 18 U.S.C. §§ 4241(e) and 4247(d) is necessary prior to Defendant's bail application.

**SO ORDERED.**

Dated: March 16, 2023
        New York, New York

                                              ANDREW L. CARTER, JR.
                                              United States District Judge