**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------- x

**UNITED STATES OF**
**AMERICA,**

:
:
:
:                                    **21-mj-6626 (ALC)**
:
-against-                                     :                                    **ORDER**
:
**NISHANT P. SHETH.,**                         :
:
:
:
:

----------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Defendant's status reports indicating that he is in compliance

with the conditions of his bail.  The parties are directed to file a **joint** status report regarding the

timing of a possible disposition by **June 28, 2023**.

The Clerk of Court is respectfully requested to terminate the pending motions at ECF

Nos. 80, 83 and 87.

**SO ORDERED.**

**Dated: June 22, 2023**
       **New York, New York**

_____

       **ANDREW L. CARTER, JR.**
       **United States District Judge**