**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/22/2023

DANIEL J. OLLEN, ESQ.
1140 AVENUE OF THE AMERICAS
NEW YORK. NY 10036
212-619-1245

June 20, 2023

BY ECF

Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: United States v. Nishant Sheth
    21 Mag. 6626

Dear Judge Carter:

As you know, I represent Nishant Sheth, the defendant in the above-captioned case. This letter is written to request permission for Mr. Sheth to travel with his parents over the July 4th weekend.

Specifically, the family wishes to travel to Ogunquit, Maine, leaving June 30, 2023 and returning July 5, 2023. They will be staying at an AirBnb during the trip. Both AUSA Jane Chong and Pre-Trial Services Officer Patrick Skehill have no objection to this request.

Thank you for your consideration.

Respectfully submitted,

Daniel J. Ollen

cc: AUSA Jane Chong (via ECF)
    PSO Patrick Skehill (via ECF)

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

6/22/2023