

**MEMO ENDORSED**

U.S. Department...

United States...
Southern Dist....

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __10/2/2023__

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

September 29, 2023

The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *United States v. Nishant Sheth*, 21 Mag. 6626

Dear Judge Carter:

The Government respectfully submits this letter in accordance with the Court's August 28 order directing the parties to file a joint status report.[1] The parties are still conferring and request an additional 30 days to finalize the terms of the defendant's anticipated deferred prosecution agreement, with a joint status update due to the Court on October 30, 2023.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: /s/ Jane Y. Chong
Jane Y. Chong
Assistant United States Attorney
(917) 763-3172

Cc Dan Ollen, Esq. (by CM/ECF)

SO ORDERED:

*/s/ Andrew L. Carter, Jr.*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

10/2/2023

---

[1] The Government apologizes for filing this status letter one day later than ordered.