UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12-19-23

------------------------------------------------------------- x

UNITED STATES OF AMERICA,

       Plaintiff,

 -against-

NISHANT SHETH,

       Defendant.

------------------------------------------------------------- x

21 MJ 6626 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

A Status Conference is set for **January 4, 2024** at **12:45 p.m.**

SO ORDERED.

Dated: New York, New York
    December 19, 2023

            _/s/ Andrew L. Carter, Jr._
            **ANDREW L. CARTER, JR.**
            **United States District Judge**