ORIGINAL

## DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
United States District Court
Southern District of New York

Mag. Dkt. No. **21 Mag 6626**

USAO No. **2021R00510**

Date **June 11, 2025**

The Government respectfully requests the Court to dismiss without prejudice the

✓ Complaint     ☐ Removal Proceedings in

*United States v.* **Nishant Sheth**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6-16-25

The Complaint/Rule 40 Affidavit was filed on **6/30/2021**

✓ *U.S. Marshals please withdraw warrant*

**JANE CHONG**
Digitally signed by JANE CHONG
Date: 2025.06.11 10:27:43 -04'00'

ASSISTANT UNITED STATES ATTORNEY
(handwritten or digital signature)

(print name if signature handwritten)

**SO ORDERED:**

DATE: 6/16/25

*[signature]*

UNITED STATES DISTRICT JUDGE